IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 10 PM 3:30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

WILLIAM BERRESHEIM,
JERRY BIVENS, et al.,

    Plaintiffs,

VS.                                NO. 05-2291-MaV

ELI LILLY AND COMPANY,

    Defendant.

ORDER OF RECUSAL

Judge Samuel H. Mays, Jr. hereby recuses himself from the above-referenced case and returns the file to the Clerk of Court for reassignment by random draw.

It is so ORDERED this 10th day of May, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE


2005 MAY 13  AM 9:25

05-2291

J. DANIEL BREEN

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02291 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT