*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| WILLIAM BERRESHEIM, JERRY BIVENS, JENNY MAYNARD A/N/F OF AMBER BLOCKER, A MINOR; CORA BUCKNER, JAMES BURGER, FELICIA CALLION, TIMOTHY CLARK, GWEN BROWNING, BURNETT COLLIER, SHIRLEY COOKSTON, GARY CRUTCHFIELD, PHYLLIS CUMBESS, JEANNIE DALTON, BARBARA DEVAUL, DONALD DISNEY, JANICE FAULKNER-HOWLETT, DAVIA FIELDS, ALICE HASTINGS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONALD FLYE, DECEASED, JOHN FOSTER, MARTHA FROST, FELICIA GASTELUM, ASHLEY GILLIA, CORRIE GOOCH, KATHY HALL, CAROLYN HENRY, SAMIKO HUNTER, PATRICIA JACKSON, WILLIAM MICHAEL JENKINS, HORACE JOHNSON, TERRY JONES, OTIS KELLER, AMY KEY, KELLY LEE, PHYLLIS LOWERY, JUDY LUTTRELL, CHARLES MARTIN, VERONICA MAUK, NORMA MOHAMED, PAUL MOSES, C.H. MURPHY, RAYMOND NELSON, SHIRLEY NESTER, SHARON NEWBILL, LARRY PARKER, CHRISTEEN PATTON, JESS PEASE, JR., ZINA Y. SADLER, CLINT SANDOVAL, LISA SCARBOROUGH, WILLIAM SIMMONS, ROMIE STAGGS, CHARLES STEWART, JAMES STOUT, MELVIN STRICKLAND, BARBARA SUTTON, DONALD SWEAT, CHARLES TATE, PATRICIA TAYLOR, ROBBIE TAYLOR, THERESA THOMAS, JANICE WAGERS, EDWARD WATERS, IRVINE WILLIAMS, STEVA WILLIAMS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | |
| ELI LILLY AND COMPANY, | **CASE NO: 05-2291-B** |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation Of Dismissal entered on June 2, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

6/6/05
Date

ROBERT R. DI TROLIO
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05

⑦

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02291 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Patrick M. Ardis
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT