FILED BY

AUG 0 8 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 1 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*William Berresheim, et al. v. Eli Lilly & Co.*, W.D. Tennessee, C.A. No. 2:05-2291

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Berresheim*) on May 17, 2005. In the absence of any opposition, the conditional transfer order was finalized with respect to *Berresheim* on June 2, 2005, but pursuant to 28 U.S.C. § 1407(c), the Panel's transfer of *Berresheim* did not become effective until June 28, 2005, the date the transfer order was filed in the office of the clerk of the transferee court (the Eastern District of New York). Prior to that date, however, *Berresheim* was dismissed in the Western District of Tennessee by the Honorable J. Daniel Breen in an order filed on June 6, 2005.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-23" filed on May 17, 2005, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02291 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Patrick M. Ardis
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT